IN THE MATTER OF EDWARD REHLING.

November 17, 1987.

Petition for certification denied.

HENRY FRANCIS v. CONSOLIDATED FREIGHTWAYS.

November 17, 1987.

Petition for certification denied.

MARLENE WESTHOFF v. KERR STEAMSHIP CO., INC.

November 17, 1987.

Petition for certification denied.   (See 219 *N.J.Super.* 316)

CAROLYN COLEMAN v. FIORE BROTHERS, INC.

AGNES HOLMES v. FIORE BROTHERS, INC.

FRANK ROBINSON v. FIORE BROTHERS, INC.

LILLIAN SHEFFIELD v. FIORE BROTHERS, INC.

November 17, 1987.

Petition for certification granted.